IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| Judith Ehlies, | ) | Civil Action No.  7:07-cv-03333-GRA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Verizon South, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court, pursuant to Local Rule 6.2, on the request of

William S. Brown for protection from trial or other court appearances in the above

captioned matter from August 4, 2008 through August 11, 2008.  For good cause shown

and without opposition, this request is GRANTED.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
June 5, 2008